UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FREILY CABRAL,<br>(2) LAWRENCE ALEXANDER,<br>(3) DUMARI SCARLETT-DIXON,<br>(4) TREVON BELL, and<br>(5) DANE MITCHELL, a/k/a "Cheaney,"<br><br>Defendants | Cr. No.   22cr10016 |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the indictment, arrest warrants, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

JOSHUA LEVY
First Assistant United States Attorney

By:   /s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney

Date: January 20, 2022